UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 861 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| BRION DOWDELL | ) | |

**FINAL ORDER OF FORFEITURE**

This cause comes before the Court on a motion of the United States Attorney for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2, and the Court being fully informed hereby finds as follows:

(a) On December 7, 2020, an indictment was returned charging defendant BRION DOWDELL with possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g)(1). The indictment sought forfeiture to the United States of any firearm and ammunition involved in and used in the charged offense including, but not limited to, a Glock 22, .40 caliber semiautomatic pistol, bearing serial number BGWX302, and associated ammunition.

(b) On February 24, 2022, pursuant to Fed. R. Crim. P. 11, defendant BRION DOWDELL entered a voluntary plea of guilty to the indictment before the Court. Pursuant to the terms of his plea agreement and as a result of his violation of Title 18, United States Code, Section 922(g)(1), defendant BRION DOWDELL agreed to the entry of a preliminary order of forfeiture relinquishing any right, title or

interest he has in the foregoing firearm and ammunition, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

(c)     On May 31, 2022, this Court entered a preliminary order of forfeiture, forfeiting all right, title, and interest of the defendant in the foregoing firearm and ammunition for disposition according to law. Further, the Bureau of Alcohol, Tobacco, Firearms, and Explosives was directed to seize and take custody of the foregoing property.

(d)     Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 28, United States Code, Section 2461(c), beginning on June 2, 2022, and continuing for at least 30 consecutive days, notice of the criminal forfeiture of the foregoing firearm and ammunition was posted on an official government internet site.

(e)     The Preliminary Order of Forfeiture was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 28, United States Code, Section 2461(c), no other parties are known to have an interest in the foregoing firearm and ammunition and accordingly, no other parties were served with a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture.

(f)     To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing firearm and ammunition and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.	Pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rule of Criminal Procedure, all right, title and interest of defendant BRION DOWDELL and any third party in a Glock 22, .40 caliber semiautomatic pistol, bearing serial number BGWX302, and associated ammunition, is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

2.	That, pursuant to the provisions of Title 21, United States Code, Section 853(n)(7), as incorporated by Title 28, United States Code, Section 2461(c), the United States has clear title to the subject firearm and ammunition and shall dispose of them according to law. It is further ordered,

3.	That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture.

_____
JOHN J. THARP, JR.
United States District Court

DATED: June 28, 2023